MAYER BROWN LLP
BRONWYN E. POLLOCK (SBN 210912)
*bpollock@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

LUCIA NALE
(*pro hac vice* application forthcoming)
*lnale@mayerbrown.com*
CHRISOPHER S. COMSTOCK
(*pro hac vice* application forthcoming)
*ccomstock@mayerbrown.com*
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-0600
Facsimile: (312) 701-7711

ELSPETH V. HANSEN (SBN 292193)
(admission pending)
*ehansen@mayerbrown.com*
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

Attorneys for Defendant
Dovenmuehle Mortgage, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA FISHER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOVENMUEHLE MORTGAGE, INC.,<br><br>Defendant. | Case No. 2:20-cv-01222-TLN-KJN<br><br>**JOINT STIPULATION EXTENDING THE TIME FOR DOVENMUEHLE MORTGAGE, INC. TO RESPOND TO THE COMPLAINT**<br><br>Judge: Honorable Troy L. Nunley |

Plaintiff Linda Fisher ("Plaintiff") and Defendant Dovenmuehle Mortgage, Inc. ("DMI"), by and through their respective counsel, hereby stipulate and agree pursuant to Local Rule 144(a) as follows:

WHEREAS, DMI's current deadline to respond to the Complaint in the above-entitled action is July 16, 2020;

WHEREAS, pursuant to Local Rule 144(a), "an initial stipulation extending time for no more than twenty-eight days to respond to a complaint . . . may be filed without approval of the Court if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation."

THEREFORE, IT IS HEREBY STIPULATED by the parties that the time for DMI to respond to the Complaint shall be extended through and including August 13, 2020.

Dated: July 14, 2020

MAYER BROWN LLP

By:  */s/* Bronwyn E. Pollock

Bronwyn E. Pollock (SBN 210912)
*bpollock@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

*Attorneys for Defendant Dovenmuehle Mortgage, Inc.*

SHEPHERD, FINKELMAN, MILLER, AND SHAH, LLP

By:  */s/* James C. Shah
(as authorized on July 10, 2020)

James C. Shah (SBN 260435)
*jshah@sfmslaw.com*
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (856) 858-1770
Facsimile: (866) 300-7367

*Attorneys for Plaintiff Linda Fisher*

-2-
JOINT STIPULATION EXTENDING THE TIME FOR DOVENMUEHLE MORTGAGE, INC. TO RESPOND TO THE COMPLAINT - CASE NO. 1:20-CV-01222-TLN-KJN